## UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

---

Attorney Name (Last, First, MI):   Madden, Gregory

USDC-PR Bar Number:   G02909

Email Address:   gmadden@ftc.gov

---

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff:   Federal Trade Commission

   Defendant:   F9 Advertising LLC, a limited liability company

2. Indicate the category to which this case belongs:

   ☐ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☒ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:   2/21/19

rev. Dec. 2009

[Print Form]   [Reset Form]