IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Federal Trade Commission
Plaintiff

Case No. 3:19-cv-01174-DRD

v.

F9 Advertising, LLC, et al.
Defendant

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, **Andrew Gordon**, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of **Gordon Law Group, Ltd.**, with offices at:

| Address | 400 Central Ave, Ste 340, Northfield, IL 60093 |
|---|---|
| | |
| Email | ABG@GordonLawLtd.com |
| Telephone No. | 847-580-1279 |
| Fax No. | 847-305-1202 |

2. Applicant will sign all pleadings with the name **Andrew Gordon**.

3. Applicant has been retained personally or as a member of the above-named firm by **F9 Advertising, LLC & Golpalkrishna Pai** to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since **November, 2012**, applicant has been and presently is a member in good standing of the bar of the highest court of the State of **Illinois**, where applicant regularly practices law. Applicant's bar license number is **6309109**.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| US Northern District of Illinois | 05/20/2014 |
| Illinois Supreme Court | 11/01/2012 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Sanchez Betances, Sifre & Munoz Noya, PSC |
| USDC-PR Bar No. | Luis Sanchez Betances 117410 |
| Address | 33 Bolivia Street, 5th Floor |
| | San Juan, PR 00919 |
| Email | lsb@sbsmnlaw.com |
| Telephone No. | 787-756-7880 |
| Fax No. | 787-753-6580 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 03/05/2019

Andrew Gordon
Printed Name of Applicant

*/signature/*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _____.

Luis Sanchez Betances<br>
Printed Name of Local Counsel<br>
_____<br>
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____<br>
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

❑ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❑ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

                                                                      **U.S. DISTRICT JUDGE**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew B Gordon

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 6th day of March, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois